Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 23−03638
Chapter: 13
Judge: David D. Cleary

In Re:
  Sherry Nash Braun
  700 N Bruce Lane
  Unit 207
  Glenwood, IL 60425

Social Security No.:
  xxx−xx−5676

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held in:

Courtroom 644, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom

on June 26, 2023 at 02:00 PM

TO CONSIDER AND ACT UPON the following: Court's Motion to Dismiss case due to failure to pay filing fee. Amount owed at this time is $313.00. Submit payment in the form of cash or money order payable to U.S.B.C.

**All parties may appear for the hearing either in person in the courtroom or using Zoom for Government.**

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1−669−254−5252 or 1−646−828−7666. Then enter the meeting ID and passscode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's web site: https://www.ilnb.uscourts.gov.

  **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

For the Court,

Dated: May 18, 2023

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court